**Order entered January 29, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00798-CV

**DAVID FLORES, Appellant**

**V.**

**BLANCA FLORES, Appellee**

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-13-17367**

## ORDER

The reporter's record in this case is overdue. By order dated October 28, 2014, we granted appellant's motion to extend time to file appellant's brief and reporter's record. We ordered appellant to file written verification that he had requested the reporter's record and paid for or made arrangements to pay for the reporter's record. On November 13, 2014, appellant filed a response to our October 28, 2014 order explaining that he had paid Ms. Duffey approximately $423.00 for a copy of the reporter's record that had been previously prepared in this case, and that Ms. Duffey refused to file the reporter's record in this Court until appellant's counsel paid an additional $423.00.

By order dated November 20, 2014, we notified Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, that the Court had received written verification of

payment for the reporter's record in this case. We ordered Ms. Duffey to file the reporter's record by December 12, 2014. In response, Ms. Duffey filed a copy of a September 15, 2014 letter that had been previously filed with the Court explaining that the record had not been filed because no financial arrangements had been made with appellant for the reporter's record. Ms. Duffey did not provide any explanation as to appellant's response to our October 28, 2014 order nor did she otherwise respond to our November 20, 2014 order directing the reporter's record to be filed.

Accordingly, this Court again **ORDERS** Court Reporter Francheska Duffey, Official Court Reporter for the 330th Judicial District Court, to file the reporter's record in this case within **TEN DAYS** of the date of this order. We expressly **CAUTION** Francheska Duffey that failure to comply with this order may result in an order for the trial court to conduct a hearing and make findings regarding the status of payment for the reporter's record in this appeal.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the following persons:

Honorable Andrea D. Plumlee
Presiding Judge
330th Judicial District Court

Francheska Duffey
Official Court Reporter
330th Judicial District Court

/s/ ELIZABETH LANG-MIERS
JUSTICE